UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
PAUL REIFFER, :
:
              Plaintiff, :      22-CV-8466 (JMF)
:
    -v- :      ORDER
:
MICHAEL WAYNE ATKIN, :
:
              Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendant's new motion to dismiss, *see* ECF No. 17, Defendant's earlier motion to dismiss filed at ECF No. 9 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **February 9, 2023**. Defendant's reply, if any, is due by **February 16, 2023**.

       The Clerk of Court is directed to terminate ECF No. 9.

       SO ORDERED.

Dated: January 27, 2023                       _____
      New York, New York                      JESSE M. FURMAN
                                                     United States District Judge